# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>R. FISHER, JR.,<br><br>　　　　　Respondent. | Case No. 2:20-cv-09527-MWF-MAA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.

　　　The Court also has reviewed Petitioner's objections to the Report and Recommendation. On August 25, 2021, the Court received and filed Petitioner's first set of Objections ("August 25 Objections"). (Aug. 25, 2021 Objs., ECF No. 38.) On August 27, 2021, the Court received and filed Petitioner's second set of Objections ("August 27 Objections"). (Aug. 27, 2021 Objs., ECF No. 39.)

　　　As required by Federal Rule of Civil Procedure 72(b)(3), the Court has engaged in de novo review of the portions of the Report and Recommendation to which Petitioner specifically has objected. The August 25 and August 27

Objections lack merit for the reasons stated in the Report and Recommendation. The Court finds no defect of law, fact, or logic in the Report and Recommendation. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge, and overrules the Objections.

    IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted; and (2) Judgment shall be entered denying the Petition and dismissing this action with prejudice.

DATED: October 15, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE