JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>        Petitioner,<br><br>    v.<br><br>R. FISHER, JR.,<br><br>        Respondent. | Case No. 2:20-cv-09527-MWF-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: October 15, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE